Donald Claython FULLER, Jr.,
Plaintiff—Appellant,

v.

COUNTY OF ORANGE; et al.,
Defendants—Appellees.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Michael Adame;  et al., Intervenors—Appellants.

No. 06–55617.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 8, 2007.

Filed May 2, 2008.

Robert Mann, Esq., Mann & Cook, Los Angeles, CA, for Plaintiff–Appellant.

David D. Lawrence, Esq., Franscell Strickland, et al., Orange, CA, for Defendants–Appellees.

Robert L. Bastian, Jr., Esq., Bastian & Dini, Los Angeles, CA, Sonia M. Mercado, Culver City, CA, for Intervenors–Appellants.

Before: WARDLAW, BEA, and N.R. SMITH, Circuit Judges.

MEMORANDUM *

In a separate memorandum disposition, we reversed in part the district court's grant of summary judgment for the Defendants in *Fuller v. County of Orange*, 06–55511.  In light of that decision, we dismiss the appeal in *Adame v. County of Orange*, 06–55617, as moot, without prejudice to the Intervenors–Appellants renewing their motion for leave to intervene before the district court.

**DISMISSED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.